**Federal Defenders**
OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza - 16th Floor, Brooklyn, NY, 11201
Tel: (718) 330-1200  Fax: (718) 855-0760

*David E. Patton*
Executive Director and
Attorney-in-Chief

*Eastern District*
Peter Kirchheimer
Attorney-in-Charge

March 7, 2012

The Honorable John Gleeson
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

**RE:   United States v. Ozgur Evren, CR-10-0131(JG)**

Your Honor:

　　I write on behalf of the defendant, Ozgur Evren, whose case is pending sentence.

　　Mr. Evren's PSR indicates that the Probation Department has submitted, *ex parte*, a set of victim statements to the Court for sentencing purposes.  See PSR ¶13.  In order to effectively represent Mr. Evren, I must be able to read and respond to these statements.  For these reasons I respectfully request an order from the Court such that the U.S. Probation Department shall make available for viewing by the undersigned, at a date to be determined, the same set victim impact statements submitted to the Court for sentencing purposes.

　　Thank you for your attention.  Please advise.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/

　　　　　　　　　　　　　　　　　　Heidi C. Cesare, Esq.
　　　　　　　　　　　　　　　　　　Assistant Federal Defender
　　　　　　　　　　　　　　　　　　718-330-1257

cc:　Clerk of the court (by ECF)
　　 Amanda Hector, AUSA (by email)
　　 Lisa A. Langone, USPO (by email)